IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PEGGY A. ROHREN, | )<br>) |
| Plaintiff, | )   4:07CV3150<br>) |
| v. | )<br>) |
| CENTENNIAL PUBLIC SCHOOL DISTRICT 67-R, and RICHARD ROLENC, In His Individual And Official Capacity As Director Of Maintenance, | )   ORDER<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

IT IS ORDERED:

The parties' stipulation for additional time, filing 14, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to September 19, 2007.

DATED this 13th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge