IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PEGGY A. ROHREN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3150 |
| | ) | |
| v. | ) | |
| | ) | |
| CENTENNIAL PUBLIC SCHOOL DISTRICT 67-R AND RICHARD ROLENC, in his individual And official capacity as Director Of Maintenance, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion to extend deadline, filing 30, is granted and the deadline for filing motions to dismiss or for summary judgment is extended to December 10, 2007.

DATED this 28th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge